JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ASHLEY RAINEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:17-cv-06980 FMO (Ex)<br><br>**(Removed from Los Angeles County Superior Court Case No. BC672533)**<br><br>**ORDER ON STIPULATION [13] RE DISMISSAL WITH PREJUDICE**<br><br>Trial:　　　　November 6, 2018 |

　　　1.　　Plaintiff ASHLEY RAINEY and defendant BMW OF NORTH AMERICA, LLC, by and through their respective attorneys of record, stipulate that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further stipulate that each side shall be responsible for and bear its own costs, expenses and attorney's fees.

　　　THEREFORE, IT IS ORDERED that the entire action is dismissed with prejudice.

Dated: June 29, 2018　　　　　　　　　By:　　　　/s/　　　　

　　　　　　　　　　　　　　　　　　　　Hon. Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　JUDGE OF THE UNITED
　　　　　　　　　　　　　　　　　　　　STATES DISTRICT COURT